Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
MATILDE COWEN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | Case No.: 3:23-CV-00199-BTM-BLM |
| MATILDE COWEN,<br><br>               Plaintiff,<br><br>     vs.<br><br>KOHL'S, INC.<br><br><br>               Defendant(s), | **NOTICE OF SETTLEMENT**<br><br><br><br><br><br>Hon. Barry Ted Moskowitz |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSELF OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff MATILDE COWEN ("Plaintiff") and KOHL'S, INC., ("Defendant") have agreed to terms to settle claims herein, subject to the full execution of a confidential agreement.

Plaintiff intends to file a request for dismissal with prejudice as to all

Defendants within sixty (60) days or less. In light of the settlement, Plaintiff respectfully requests the Court vacate all future hearings and deadlines in this case.

Dated: January 29, 2024,                    By:    _s/ Ahren A. Tiller_
                                                    ahren.tiller@blc-sd.com

                                                    Ahren A. Tiller
                                                    BLC Law Center, APC
                                                    Attorneys for Plaintiff