**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATILDE COWEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KOHL'S INC.,<br><br>　　　　　Defendant, | Case No.: 3:23-CV-00199-BTM-BLM<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[ECF NO. 28]**<br><br>Hon. Barry Ted Moskowitz |

## ORDER GRANTING JOINT STIPULATION AND MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Having fully considered the Joint Motion for Dismissal of Entire Action With Prejudice ("Joint Motion for Dismissal") of Plaintiff MATILDE COWEN ("Plaintiff") and Defendant KOHL'S INC. ("Defendant") (collectively "Parties") made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause having been shown:

**IT IS HEREBY ORDERED** that the Joint Motion for Dismissal is **GRANTED** and that the action is dismissed in its entirety, including all claims against Defendant, with prejudice. The Parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 2, 2024

Hon. Barry Ted Moskowitz
United States District Judge